IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00911-RPM-KMT

HOLLY FOURNIER,
    Plaintiff,
v.

CREDIT MANAGEMENT, LP, a Nevada limited partnership,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

    DATED: June 4, 2010

                      BY THE COURT:

                      s/Richard P Matsch

                      _____
                      Richard P. Matsch, Senior Judge